# Court of Appeals
# of the State of Georgia

ATLANTA, September 15, 2014

*The Court of Appeals hereby passes the following order:*

**A15A0059.  JOHNNIE DURDEN v. THE STATE.**

In 2007, Johnnie Durden entered guilty pleas on three different indictments to several offenses and was sentenced to serve 17 years.  Durden filed an extraordinary motion for new trial, which the trial court denied on November 20, 2012.  Durden filed a notice of appeal from the denial of his motion on April 3, 2013.  In the interim, Durden filed a motion for an out-of-time appeal.  The trial court denied his motion on August 13, 2014, and Durden did not file a notice of appeal from that order.  Under these circumstances, we lack jurisdiction over this appeal.

To the extent that Durden seeks to appeal the denial of his extraordinary motion for new trial, Durden was not authorized to file a direct appeal.  An order denying an extraordinary motion for new trial may only be appealed by discretionary application.  See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Because Durden did not file an application for discretionary appeal, we lack jurisdiction to review that order.

Further, although the denial of a motion for an out of time appeal is a directly appealable judgment, Durden did not file a notice of appeal within 30 days of the trial court's August 13, 2014, order.  See *Bell v. Cohran*, 244 Ga. App. 510 (536 SE2d 187) (2000) (the "proper and timely filing of a notice of appeal is an absolute requirement to confer jurisdiction upon the appellate court").  Accordingly, we lack jurisdiction to consider this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 09/15/2014

*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ Stephen E. Castlen _____ , *Clerk.*